**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

No. 95-40635

---

IN RE: ASBESTOS LITIGATION

* * * * * * * * * * * * * * *

JAMES FLANAGAN; DAVID H. MIDDLETON; EDEE COCHRAN;
ESTEBAN YANEZ ORTIZ; JOHN R. ALLGOOD; HENRY WILLIAM EVERS;
LESTER EUGENE TAYLOR; SAFETY NATIONAL CASUALTY CORPORATION;

Appellants,

VERSUS

GERALD AHEARN; JAMES MCADAMS DENNIS; CHARLES W. JEEP; JAMES
DRAKE; JUANITA DRAKE; JAMES ELLISON; ROLAND DEARBORN;
JUDITH DEARBORN; KERWIN BUTCHER; DIR., WORKERS COMP., Director,
Office of Workers' Compensation Programs, U.S. Dept. of Labor;
PAUL COCHRAN; IDA BECK; MARION BEHEE; LONGSHORE INTERVENOR;
WILLIAM JAMES MITCHELL; FIBREBOARD CORPORATION; BETHLEHEM
STEEL CORPORATION; CONTINENTAL CASUALTY COMPANY; PACIFIC
INDEMNITY; FRANCIS MCGOVERN; OWENS-ILLINOIS INC.; PENN MUTUAL
LIFE INSURANCE COMPANY; COLUMBIA CASUALTY COMPANY; CNA
CASUALTY COMPANY OF CALIFORNIA; CELOTEX CORP.; DANIEL HERMAN
RUDD, JR., on behalf of themselves and others similarly
situated; BEVERLY WHITE, on behalf of themselves and others
similarly situated; JOHN HANSEL, on behalf of themselves and
others similarly situated,

Appellees.

---

Appeal from the United States District Court
for the Eastern District of Texas, Tyler

---

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

August 3, 1999

Before REAVLEY, DAVIS and SMITH, Circuit Judges.

PER CURIAM:

Having received the Supreme Court's mandate in this case, we VACATE and REMAND the judgment of the district court for further proceedings consistent with the Supreme Court's opinion in <u>Ortiz v. Fibreboard Corporation, et al.</u>, 527 U.S. ___, 119 S.Ct. 2295 (1999).